UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re ) 
) NO. 10-04366
MILLER, Leon D. & Delane )
) DEBTORS' MODIFICATION OF
Debtor(s). ) PLAN AND NOTICE THEREOF

Debtors hereby modify the plan previously filed in these proceedings in the following respects:

1. The secured claims of Bank of America (1st & 2nd encumbrances) and the secured claim of Wells Fargo Financial shall be treated as follows: The debtors' shall surrender the real property located at 1603 Valley West Avenue, Yakima, Washington in accordance with paragraph III.A.4.b. of the debtors' original plan.

**Certificate of Effect of Modification**

The only creditors adversely affected by debtors' proposed modification are Bank of America and Wells Fargo Financial National Bank, who have been notified.

NOTICE IS GIVEN that unless an objection to this modification of plan is filed with the Clerk of the Bankruptcy Court, PO Box 2164, Spokane, WA 99210, and served upon VanNoy Culpepper, 3908 Creekside Loope, Suite #125, Yakima, WA 98901, no later than 24 days after the date of this modification of plan and notice thereof, the plan as modified shall become the plan.

DATED: 12-2-10

/s/ VanNoy Culpepper
VanNoy Culpepper, WSBA #11565
Attorney for Debtors

*Modification of Plan*

*VanNoy Culpepper*
*3908 Creekside Loop, #125*
*Yakima, WA 98902*
*(509)457-2490*