UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re ) 
    ) NO. 10-06593
MILLER, Leon D. & Delane )
    ) DEBTORS' MODIFICATION OF
    Debtor(s). ) PLAN
    )

Debtors hereby modify the plan previously filed in these proceedings in the following respects:

1. The Les Schwab Tire Centers' secured claim shall be paid by the Chapter 13 Trustee at the rate of $30.00 per month at 5% interest commencing February, 2011.

**Certificate of Effect of Modification**

No creditor is adversely affected by debtors' proposed modification.

DATED: 1-20-11

    /s/ VanNoy Culpepper
    VanNoy Culpepper, WSBA #11565
    Attorney for Debtors

*Modification of Plan*-1

*VanNoy Culpepper*
*3908 Creekside Loop, #125*
*Yakima, WA 98902*
*(509)457-2490*

10-06593-FLK13   Doc 23   Filed 01/20/11   Entered 01/20/11 13:27:02   Pg 1 of 1