Daniel H. Brunner
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509)747-8481

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:                                    ) Case No. 10-06593-FLK13
                                          )
MILLER, LEON                              ) STIPULATED MODIFICATION OF
                                          ) CHAPTER 13 PLAN AND
MILLER, DELANE                            ) CERTIFICATE OF NO ADVERSE
                                          ) EFFECT
        Debtor.                           )

The undersigned hereby agree as follows:

All non-exempt proceeds resulting from debtor's personal injury claim shall be committed to the funding of the plan. Determination as to whether exempt proceeds are disposable income which should be committed to the plan shall be determined by the court, or agreement of the parties, at a later date.

All other aspects of the plan remain unchanged.

Dated: 2/2/11

_____ 2/1/11           _____
Vannoy Culpepper                          DANIEL H. BRUNNER
Attorney for Debtor(s)                    CHAPTER 13 TRUSTEE

                                          _____
                                          Mike Todd
                                          Staff Attorney

## CERTIFICATE

The debtor certifies that this stipulation has no adverse effect upon any creditors.

_____
Vannoy Culpepper
Attorney for Debtors

STIPULATED MODIFICATION - 1